AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means   ☐ Original   ☐ Duplicate Original

CERTIFIED TRUE COPY
ATTEST: WILLIAM M. MCCOOL
Clerk, U.S. District Court
Western District of Washington
By /s/ _____
Deputy Clerk

# UNITED STATES DISTRICT COURT
### for the
### Western District of Washington

| | | |
|---|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>The Subject Premises at<br>7317 Elaine Street<br>Blaine, WA 98230 | )<br>)<br>)<br>)<br>)<br>) | Case No.   MJ20-022 |

_____ FILED       _____ ENTERED
_____ LODGED    _____ RECEIVED

**JAN 29 2020**

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the     Western     District of     Washington
*(identify the person or describe the property to be searched and give its location)*:

The Subject Premises as further described in Attachment A, which is attached hereto and incorporated herein by this reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, which is attached hereto and incorporated herein by this reference.

**YOU ARE COMMANDED** to execute this warrant on or before       January 31, 2020        *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to       any U.S. Magistrate Judge       .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   01/17/2020 10:00 am       _____/s/_____
                                                                                          *Judge's signature*

City and state:   Seattle, Washington       Brian A. Tsuchida, CHIEF U.S. MAGISTRATE JUDGE
                                                                                  *Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| Case No.: MJ20-022 | Date and time warrant executed: 1-27-20 2:15 P.M. | Copy of warrant and inventory left with: Jon LAKEY |
|---|---|---|

Inventory made in the presence of: John Bowyer

Inventory of the property taken and name(s) of any person(s) seized:

\* See attached List

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.  1/29/2020

Date: 1-28-20

_Executing officer's signature_

Toby Ledgerwood / Special Agent
_Printed name and title_

**Homeland Security Investigations**
**INVENTORY SHEET**

| Investigative Case no. | Address |
|---|---|
| RA7QR20BL0006 | 7317 Blaine St, Blaine, WA 98230 |

| Number | Description of Item(s) Found | Room of Location | Initials |
|---|---|---|---|
| 001 | HP Laptop S/N 8LG7OS18YX | A | [illegible] |
| 002 | Cyberpower PC tower model C, S/N E7230-1159 | A | [illegible] |
| 003 | Samsung Galaxy S4 cellphone | B | [illegible] |
| 004 | Cannon SD memory disk | B | [illegible] |
| 005 | Dell Laptop - Service Tag GXGTHJI | B | [illegible] |
| 006 | Blue Thumb Drive | B | [illegible] |
| 007 | CD - "Mandy's Pics" | B | [illegible] |
| 008 | CD - "SOP 1-12-12" | B | [illegible] |
| 009 | PlayStation 3 | G | [illegible] |
| 010 | Acer Laptop Chrome S/N NXL54MA0R730 | G | [illegible] |
| 011 | Toshiba - 1TB External HD S/N S0EX17294TKMS | E | [illegible] |
| 012 | iPhone | E | [illegible] |
| 013 | white tablet | E | [illegible] |
| 014 | Samsung Phone | E | [illegible] |
| 015 | 22 count CD discs | A | [illegible] |
| 016 | MAXX Thumb Drive 2GB | A | [illegible] |
| 017 | yellow paper w/ passwords | A | [illegible] |

Evidence Recovery Team (ERT) Blaine